UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CRESCENCIANO GONZALEZ,

                Plaintiff,

   -against-

BBKM ASSOCIATES LLC d/b/a MIRAGE DINER

and BILL KONTOLIOS,

                Defendants.

-----------------------------------------------------------------------X

Index No.: 20-CV-40 (DLI)(CLP)

## **MOTION TO WITHDRAW AS COUNSEL**

     Valerie K. Ferrier, Esq., on behalf of herself, Edward Warnke, and the firm MARTIN CLEARWATER & BELL LLP, respectfully moves to withdraw as counsel for Defendants in the above-captioned matter, and as grounds therefore states that irreconcilable differences have arisen which make it impossible for said firm to continue its representation of Defendants. The facts and circumstances underlying this motion are fully set forth within the Affirmation of Valerie K. Ferrier, Esq., filed concomitantly herewith.

     It is respectfully requested that this action be stayed for a period of at least sixty (60) days to allow Defendants to secure alternate counsel. The requested withdrawal will not prejudice any party and should not occasion any delay to the litigation. No scheduling orders have entered and there are no conferences or other dates scheduled.

     WHEREFORE, Valerie K. Ferrier, Esq., of MARTIN CLEARWATER & BELL LLP, respectfully request that this Court enter an Order (i) allowing withdraw as counsel of record for the Defendants, and (ii) staying this litigation for at least sixty (60) days, to provide time for Defendants to secure alternate legal counsel.

Dated: New York, New York
      July 15, 2020

                Yours, etc.

                MARTIN CLEARWATER & BELL LLP

                By: _/s/ Valerie K. Ferrier_
                      Valerie K. Ferrier, Esq.
                      *Attorneys for Defendants*
                      220 East 42nd Street
                      New York, NY 10017
                      212-916-0920